**Opinion filed March 26, 2015**



# In The

# Eleventh Court of Appeals

_____

## No. 11-14-00347-CR

_____

## CHRISTOPHER MICHAEL FEJES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 42nd District Court
### Taylor County, Texas
### Trial Court Cause No. 25338A

---

### M E M O R A N D U M   O P I N I O N

Christopher Michael Fejes, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant states that he "no longer desires to pursue an appeal in this matter" and asks that "the Appeal be dismissed." The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


March 26, 2015                                                PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.